DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DONALD MONACO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>DONALD MONACO,<br><br>           Defendant. | No. 1:08-cr-0090 AWI<br><br>MOTION TO WITHDRAW MOTION TO TERMINATE OR MODIFY CONDITIONS OF SUPERVISED RELEASE; ORDER<br><br>Judge: Hon. Anthony W. Ishii |

Defendant Donald Monaco, hereby withdraws the Motion to Terminate or Modify Conditions of Supervised Release filed by defendant on July 30, 2009 (Docket No. 7). Defendant was charged by Complaint on another matter on July 31, 2009 in Case No. 1:09-mj-0177 SMS and said motion is now moot.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED: August 4, 2009

/s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Counsel for Defendant
Donald Monaco

Monaco: Motion to Withdraw Motion to Terminate
or Modify Conditions of Supervised Release; [Proposed] Order

**ORDER**

IT IS SO ORDERED.

**Dated:   August 4, 2009**                    **/s/ Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE

Monaco: Motion to Withdraw Motion to Terminate
or Modify Conditions of Supervised Release; [Proposed] Order